UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| Jose Antonio Rodriguez Torres,<br><br>*Petitioner*,<br><br>v.<br><br>Marcos Charles, *Executive Assistant Director*, et al.,<br><br>*Respondents*. | No. 6:26-CV-409-CRW |

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

Before the Court is Petitioner Jose Antonio Rodriguez Torres's petition for writ of habeas corpus (Dkt. No. 1), filed on June 25, 2026. On August 26, 2026, this Court entered an order for the respondents to show cause as to why the petition should not be granted. Dkt. No. 6. Federal Respondents filed their response on September 1, 2026. Dkt. No. 7. Petitioner filed a reply in support on September 8, 2026. Dkt. No. 8. Having considered the parties' arguments, the applicable law, and the relevant facts, the Court finds Petitioner's petition for writ of habeas corpus should be denied.

The Fifth Circuit rejected Petitioner's statutory arguments in *Buenrostro-Mendez v. Bondi*, which is binding precedent on this Court. *Buenrostro-Mendez v. Bondi*, 166 F.4th 494 (5th Cir. 2026). The Court finds it is bound by the Fifth Circuit's recent decision in *Buenrostro-Mendez* and that Petitioner is lawfully detained under § 1225. *See Salas Rivera v. Mooneyham, et al.*, No. 6:26-CV-00526-CRW-DTG (W.D. Tex. Oct. 14, 2026).

The Court has likewise denied similar requests for habeas relief on due-process grounds. *See id.* The Court incorporates by reference its prior analysis denying habeas relief in *Salas Rivera.* For the reasons stated in *Salas Rivera* and incorporated herein, the Court finds that Petitioner's requested relief should be denied. Additionally, Petitioner's *Accardi*-doctrine claim fails because it is outside the scope of habeas review. *See id.* at 11. Petitioner's remaining arguments are denied for the reasons set forth in Respondents' response.

**IT IS THEREFORE ORDERED** that petitioner's petition for writ of habeas corpus (Dkt. No. 1) is **DENIED.** All other requested relief is hereby denied.

**SIGNED** on October 16, 2026.

Chris Wolfe

CHRISTOPHER R. WOLFE
UNITED STATES DISTRICT JUDGE